# Mississippi Electronic Courts
## Fifteenth Circuit Court District (Pearl River Circuit Court)
### CIVIL DOCKET FOR CASE #: 55CI1:24-cv-00194-BT

| | |
|---|---|
| HEBERT et al v. HARLEY-DAVIDSON INC. et al | Date Filed: 12/27/2024 |
| Assigned to: Brad Touchstone | Current Days Pending: 35 |
| | Total Case Age: 35 |
| **Upcoming Settings:** | Jury Demand: None |
| None Found | Nature of Suit: Negligence - General (181) |

**Plaintiff**

ORRIN HEBERT          represented by   **Daniel Waide**
Johnson, Ratliff, and Waide, PLLC
PO Box 17738
HATTIESBURG, MS 39404
601-582-4553
Email: dwaide@jhrlaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LAUREN HEBERT         represented by   **Daniel Waide**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HARLEY-DAVIDSON INC.**
C.T. CORPORATE SYSTEM
301 S. BEDFORD ST., STE. 1
MADISON, WI 53703-3691

**Defendant**

**JOHN DOES 1-5**



| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2024 | 2 | Civil Cover Sheet. (Attachments: # 1 Cover Letter,) (Rimkus, David) (Entered: 12/27/2024) |
| 12/27/2024 | 3 | COMPLAINT against HARLEY-DAVIDSON INC., JOHN DOES 1-5, filed by ORRIN HEBERT, LAUREN HEBERT. (Rimkus, David) (Main Document 3 replaced on 12/27/2024) (Rimkus, David). (Entered: 12/27/2024) |
| 12/27/2024 | 4 | SUMMONS Issued 12/27/2024 to HARLEY-DAVIDSON INC.. AND RETURNED TO ATTORNEY FOR SERVICE. (Rimkus, David) (Entered: 12/27/2024) |
| 01/08/2025 | 5 | SUBPOENA RETURNED Executed re ** 4 SUMMONS Issued 12/27/2024 to HARLEY-DAVIDSON INC.. AND RETURNED TO ATTORNEY FOR SERVICE. (Rimkus, |

| | David)**. Return filed by LAUREN HEBERT, ORRIN HEBERT. Subpoena served on 1/2/2025. (Waide, Daniel) (Entered: 01/08/2025) |
|---|---|

### MEC Service Center
### Transaction Receipt
01/31/2025 09:48:46

**You will be charged $0.20 per page to view or print documents.**

| MEC Login: | wt102209M | Client Code: | 254548 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 55CI1:24-cv-00194-BT |
| Billable Pages: | 2 | Cost: | 0.40 |

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court  Form AOC/01
Administrative Office of Courts  (Rev 2020)

**Court Identification Docket #:** 55 1 CI
**Case Year:** 2024
**Docket Number:** 00194 BT
**Local Docket ID**

County #: 55
Judicial District
Court ID (CH, CI, CO): CI

Month: 12  Date: 27  Year: 24
*This area to be completed by clerk*

In the **CIRCUIT** Court of **PEARL RIVER** County — Judicial District

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **HEBERT** (Last Name)   **ORRIN** (First Name)   Maiden Name, if applicable: ___   M.I.: ___   Jr/Sr/III/IV: ___

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

Business: ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

Address of Plaintiff: ___

Attorney (Name & Address): Daniel M. Waide, P.O. Box 17738, Hattiesburg, MS 30404   MS Bar No. 103543
[X] Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: ___ (Last Name) ___ (First Name) Maiden Name, if applicable ___ M.I. ___ Jr/Sr/III/IV ___

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business: **HARLEY-DAVIDSON INC.**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

Attorney (Name & Address) - If Known: ___   MS Bar No. ___

___ Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ___

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ___

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ___

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other ___

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other ___

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ___

**Contract**
- [X] Breach of Contract (struck through)
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ___

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ___

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ___

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [X] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other ___

IN THE <u>CIRCUIT</u> COURT OF <u>PEARL RIVER</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____   Docket No. If Filed
            File Yr   Chronological No.   Clerk's Local ID   Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** <u>HEBERT</u>  <u>LAUREN</u>  ( _____ ) _____ _____
              Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___



TEXAS | OKLAHOMA | ARKANSAS | LOUISIANA
MISSISSIPPI | GEORGIA | KANSAS | MISSOURI | ILLINOIS

December 23, 2024

**VIA USPS:**
Nance Fitzpatric Stokes
*Pearl River County Circuit Clerk*
P.O. Box 530
Poplarville, MS 39470

RE:   *Orrin Hebert and Lauren Hebert v. Harley-Davidson Inc. and John Does 1-5*

Dear Ms. Stokes:

Please find enclosed for filing herein, the following:

- *Civil Cover Sheet;*
- *Complaint for Hebert and Harley-Davidson*
- *Summons for Harley Davidson*
- *Check No. __7184__ in the amount of $ __161.00__ for the filing fee*

Sincerely,

Debbra Hollis
Legal Assistant to Daniel M. Waide, Esq.

encl.

FILED
NANCE FITZPATRICK STOKES
CIRCUIT CLERK

DEC 27 2024

BY: _____
DEPUTY CLERK

Phone: 601.812.5159 | Fax: 601.419.6155
dhollis@kirkendalldwyer.com
www.KirkendallDwyer.com
6565 Highway 98 West, STE 10 | Hattiesburg, MS 39402

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY MISSISSIPPI

**ORRIN HEBERT; and**
**LAUREN HEBERT**                                             **PLAINTIFF**

**VERSUS**                                             **CAUSE NO.** ˍ24-CV-194 BT

**HARLEY-DAVIDSON INC. and**
**JOHN DOES 1-5.**                                           **DEFENDANT**
                                                                    **JURY TRIAL DEMANDED**

### COMPLAINT

The Plaintiffs, Orrin Hebert and Lauren Hebert (Collectively referred to as "Heberts") files this civil action against Harley-Davidson Inc., ("Company") and in support allege the following:

### PARTIES

1.

The Hebert's are adult resident citizens of Harrison County, Mississippi who may be contacted through undersigned Counsel.

Company is a foreign corporation licensed to do business in the State of Mississippi, who may be served with process through it registered agent, CT Corporate System, 301 S Bedford St., Ste. 1, Madison, WI 53703-3691.

John Does, such as the technician who worked on the bike, are currently unknown and will be added once their address and residency can be determined.

FILED
NANCE FITZPATRICK STOKES
CIRCUIT CLERK

DEC 27 2024

BY: _____
DEPUTY CLERK

1

## JURISDICTION

2.

This Court has jurisdiction of this case and venue is proper, as the wreck at issue was in Carriere, Mississippi.

## FACTS

3.

On November 25, 2023, The Hebert's were involved in a motorcycle crash on Henleyfield McNeill Road in Pearl River County, Mississippi.

5.

The crash was a result of a "wobble" that was (i) the result of defective maintenance by a Company Employee, or Alternatively, (ii) defective design and warnings from Company. Both scenarios are the ultimate cause as without the defective design and/or warnings, there would have been no need for the failed maintenance and repairs.

6.

As a result of the crash the Hebert's sustained substantial injuries requiring multiple procedures and therapy. The motorcycle was totaled.

7.

Company was put on notice of the claims and to date, has denied responsibility, despite a recall over similar issues in the same motorcycles.

8.

Weeks prior to the crash Company sent a technician to work on various problems with the motorcycle, including a "wobble" that caused control issues with the motorcycle. The "wobble"

had been reported by Heberts on more than one prior occasion – which is why Company sent a technician instead of just having local technician work on the motorcycle.

9.

When the motorcycle was released to the Heberts by Company and the technician, the Heberts were informed that the issue with the wobble was resolved by the technician and the motorcycle was safe to operate normally. The technician did not provide any warnings or instructions to the Heberts regarding the repairs or the wobble.

10.

On November 25, 2023 while going around a curve, the "wobble" returned causing the Heberts to lose control and crash, causing serious injury and property damage.

## CAUSES OF ACTION
## COUNT 1 – NEGLIGENCE

The Company technician who worked on the motorcycle had a duty to and failed to repair the reported issues causing the motorcycle to wobble, and the technician failed to educate and warn the Heberts about the likelihood that the wobble would return under certain circumstances. The technician was trained and supervised by Company. At all times relevant hereto the technician was acting within the course and scope of his employment with Company. Company was aware of the causes of the "wobble," yet chose not to educate or warn the Heberts, presumably to prevent dissemination of the information.

Based upon the "wobble" issue, the technician had a duty to either fully and finally repair the cause of the issue, or at the very least, warn and/or educate the Heberts about the cause of the issue and potentially how to mitigate any potential future problems. The technician knew, or with

3

proper training would have known, that the motorcycle was adjusted for a single rider's weight, although the Heberts would ride together on the same motorcycle.

Instead, the Heberts were under the impression that the "wobble" was remedied and the Heberts could enjoy their essentially brand-new motorcycle without fear. Company was well aware that the motorcycle was experiencing a dangerous wobble consistent with wobbles in other similar motorcycles manufactured by Company.

Because of the failures of the technical and Company, Heberts lost control of the motorcycle an crashed.

## COUNT 2 – DEFECTIVE DESIGN/FAILURE TO WARN
### Mississippi Products Liability Act

Company is and has been aware that the rear suspension on the Hebert's bike can cause a "wobble" if the suspension settings and specification are not manually adjusted based upon the specific weight and size of the rider/s. Despite this fact, Company does not educate or warn riders, such as the Heberts, about the dangers of having the suspension not properly adjusted. In addition, the bike is designed in such a way that the suspension cannot be manually adjusted without disassembling the rear of the bike, making it impossible for any rider to make the necessary adjustments on the road.

Prior to the crash at issue here, Company was aware that these motorcycles, MY23 Street Glide CVOs, were experiencing issues similar to wobble that caused the wreck at issue here. Even so, Company failed to warn the Heberts about these known and inherent risks with the motorcycle owned and operated by the Heberts, causing the wreck at issue.

## COUNT 3
## ACTING WITH GROSS NEGLIGENCE

Company has a long and established history with the manufacturing and selling of motorcycles. Therefore, Company has extensive knowledge of these motorcycles and safety related matters. Unfortunately, it appears that Company was more concerned with the looks and purported performance of the MY23 Street Glide CVOs than with safety for riders and customers. Educating riders that the Rider/Customer would have to take the motorcycle apart to make essential adjustments would greatly diminish sales.

In regards to the MY23 Street Glide CVOs, such as the one bought and ridden by the Heberts, Company had actual knowledge of the prospective dangers and risks related to the rear suspension, yet Company chose not to educate or warn riders about the potential dangers and risks associated with a suspension not properly calibrated for the riders. These failures amount to a reckless disregard of the safety of riders and customers like the Heberts, requiring the imposition of punitive damages.

As a direct and proximate result of the actions and inactions of the Company alleged herein, Heberts were caused to suffer personal injury and severe pain, painful and/or disabling injuries to their body which resulted in the following damages to Heberts:

a.  medical and drug expenses to date;

b.  pain, suffering and mental anguish to date;

c.  non-permanent injuries, pain, suffering and mental anguish to date;

d.  pain, suffering and mental anguish for the remainder of her life;

e.  future medical and drug expenses;

f.  permanent disability and disfigurement;

g.  loss of enjoyment in life and quality of life;

h.  loss of time and earnings;

i.  the fair market value of the vehicle;

j.  all damages allowed by law.

Both Heberts are entitled to individual damages for Loss of Consortium. As a result of the actions complained of herein, both have suffered consortium losses, injuries and damages for which he is entitled to be compensated as follows:

a.  The loss of society, companionship, love and affection;

b.  The loss of aide, services, and physical assistance provided by her husband; and

c.  The loss of participation together in the activities, duties and responsibilities of making a home.

Based upon the facts and the undisputed evidence, the Court must declare that there is coverage under the policy for the claims made by the Hebert's.

## DAMAGES

1.  Actual damages for the motorcycle, inlducsing all fees and interest;

2.  Damages for humiliation, injuries, pain, suffering, loss of enjoyment of life, and mental and emotional distress;

3.  Such other damages they may prove that they suffered due to the actions of Company;

4.  Damages for the tort of outrage by engaging in behavior that would shock the conscience of a reasonable person;

5.  Punitive damages;;

6. Damages to which they are entitled under *Universal Life Insurance Company vs. Veasley*, 610 So.2d 290 (Miss.1992);

7. Damages for attorneys' fees incurred, costs of court, litigation expenses, and other expenses incurred in pursuing this action; and

8. Any other damages to which they are entitled under the law.

WHEREFORE, Heberts demand judgment against the Company for an amount of compensatory and special damages to be determined by a jury of their peers. Heberts also seek all costs of Court, pre-judgment interest after demand, post-judgment interest and all other relief allowed by law.

RESPECTFULLY SUBMITTED, this the 23rd day of December 2024.

                                              **ORRIN HEBERT and**
                                              **LAUREN HEBERT**
                                              Plaintiff
                                              BY:

                                              DANIEL M. WAIDE, ESQ.

Case 1:25-cv-00028-TBM-RPM   Document 1-2   Filed 01/31/25   Page 13 of 16
Case: 55CI1:24-cv-00194-BT   Document #: 4   Filed: 12/27/2024   Page 1 of 2

IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

**ORRIN HEBERT; AND**
**LAUREN HEBERT**                                                                                    **PLAINTIFF**

**V.**                                                      CIVIL ACTION NO.: 24-CV-194 BT

**HARLEY-DAVIDSON INC. and**
**JOHN DOES 1-5**                                                                                    **DEFENDANT**

**SUMMONS**

**THE STATE OF MISSISSIPPI**
**COUNTY OF PEARL RIVER**

**TO:**   Harley-Davidson Inc.
         CT Corporate System
         301 S Bedford St., Ste. 1
         Madison, WI 53703-3691

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint and Discovery to <u>Daniel M. Waide</u>, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the Discovery must be mailed or delivered within 45 days from the date of delivery. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 27th day of December 2024.

**Nance Fitzpatric Stokes,**
**PEARL RIVER COUNTY CIRCUIT CLERK**

By: _____ C.

Daniel M. Waide, (MSB#103543)
P.O. Box 17738
Hattiesburg, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

PROOF OF SERVICE – *Summons*
(Process Server)

   I, the undersigned process server, served the *Summons* upon the person or entity named above in the manner set forth below:

   ___PERSONAL SERVICE. I personally delivered a copy to _____ on the ___ day of _____, 2024, where I found said person in _____ County, Mississippi.

   ___RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the *Summons* on the _____ day of _____, 2024, at the usual place of abode of said person by leaving a copy of the *Summons* with _____ who is the _____ (insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Subpoena, and thereafter on the _____ day of _____, 2024, I mailed, by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

   At the time of service, I was at least 18 years of age and not a party to this action.

Process server must list below:

Name:    _____

Address:    _____

   _____

Telephone:    _____

STATE OF MISSISSIPPI
COUNTY OF _____

   Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service - are true and correct as therein stated.

                _____
                PROCESS SERVER

Sworn to and subscribed before me on this the _____ day of _____, 2024.

                _____
                NOTARY PUBLIC

My Commission Expires:

_____

Case 1:25-cv-00028-TBM-RPM   Document 1-2   Filed 01/31/25   Page 15 of 16
Case: 55CI1:24-cv-00194-BT   Document #: 5   Filed: 01/08/2025   Page 1 of 2
Case: 55CI1:24-cv-00194-BT   Document #: 4   Filed: 12/27/2024   Page 1 of 2

## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

**ORRIN HEBERT; AND**
**LAUREN HEBERT**                                                                 **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO.: 24-CV-194 BT**

**HARLEY-DAVIDSON INC. and**
**JOHN DOES 1-5**                                                                **DEFENDANT**

### SUMMONS

**THE STATE OF MISSISSIPPI**
**COUNTY OF PEARL RIVER**

TO:   Harley-Davidson Inc.
      CT Corporate System
      301 S Bedford St., Ste. 1
      Madison, WI 53703-3691

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint and Discovery to Daniel M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the Discovery must be mailed or delivered within 45 days from the date of delivery. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 27th day of December 2024.

**Nance Fitzpatric Stokes,**
**PEARL RIVER COUNTY CIRCUIT CLERK**

By: _____ D.C.

Daniel M. Waide, (MSB#103543)
P.O. Box 17738
Hattiesburg, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

STATE OF MISSISSIPPI     CIRCUIT COURT     PEARL RIVER COUNTY

ORRIN HEBERT ET AL

v.     Case No. 24CV194BT

HARLEY-DAVIDSON INC.

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
                              ) ss.
COUNTY OF DANE       )

Kamille Valenzuela-Sanchez, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and says that on January 2, 2025, at 12:18 PM, in the City of Madison, Dane County, Wisconsin, at *301 South Bedford Street, Suite 1*, **Harley-Davidson Inc.** was served with an authenticated copy of the Summons and Complaint in the above-referenced matter by then and there leaving copies thereof with Barb Dejongh, Customer Service, a person authorized to accept service on behalf of CT Corporation System, Registered Agent of said corporation. Such copies were endorsed with my name, the date and time of service.

_____
Kamille Valenzuela-Sanchez
Process Server
Dane County Legal Notice, LLC
6041 Monona Drive, Suite 105
Madison, Wisconsin 53716
(608)251-1181

Subscribed and sworn to before me
The ___8___ day of January, 2025.

_Joanne Van Norman_
Notary Public, Dane County, WI
My Commission expires 8/7/28